Prob12A
D/NV Form
Rev. Mar. 2007

# United States District Court

for

the District of Nevada

**REPORT ON OFFENDER
UNDER SUPERVISION**

**REQUEST FOR TRAVEL OUTSIDE
THE CONTINENTAL UNITED STATES**

**April 17, 2008**

**Name of Offender:**   GUY MADMON

Case Numbers:   **2:02-CR-405-KJD(RJJ)**
**2:03-CR-163-KJD(RJJ)**

Name of Sentencing Judicial Officer:   Honorable Kent J. Dawson

Date of Original Sentence:   June 4, 2004

Original Offense:   Conspiracy to Possess with the Intent to Distribute MDMA
Structuring Transactions to Evade Reporting Requirements

Original Sentence:   70 months imprisonment; 3 years supervised release
60 months imprisonment; 3 years supervised release

Date Supervision Commenced:   August 7, 2007

Date Jurisdiction Transferred to District of Nevada:   N/A

**COMPLIANCE SUMMARY**

On June 4, 2004, Mr. Madmon was sentenced by Your Honor to 70 months imprisonment, to be served concurrently with the sentence imposed in case number 2:03-CR-163-KJD, to be followed by a three-year term of supervised release for his conviction of Conspiracy to Possess with intent and to Distribute MDMA and Possession with the Intent to Distribute a Controlled Substance. On June 4, 2004, Mr. Madmon was also sentenced by Your Honor to 60 months imprisonment, to be served concurrently with the sentence imposed in case number 2:02-CR-405-KJD, to be followed by a three-year term of supervised release for his conviction of Structuring Transactions to Evade Reporting Requirements. On August 7, 2007, Mr. Madmon commenced his term of supervised release in the District of New Jersey with jurisdiction remaining in the District of Nevada.

Prob12A
D/NV Form
Rev. Mar. 2007

**RE: GUY MADMON**

At this time, Mr. Madmon requests permission to travel to Tel-Aviv, Israel to visit his grandmother who is ill. Mr. Madmon plans to travel to Israel with his mother from June 5, 2008 and return on June 19, 2008.

On November 14, 2007 telephone contact was made with the Consulate General of Israel in New York. They do not oppose to Mr. Madmon's travel to their country. A state and local record check was negative for new arrest. The probation office in the District of New Jersey advised that Mr. Madmon is in compliance with all supervision terms and conditions. However, based on the fact that Mr. Madmon traveled back and forth between Europe and the United States while committing the instant offense, the probation office in the District of New Jersey opposes the offender's travel request. The United States Probation Office in the District of Nevada has no objection to the travel request. If the Court is in agreement, please indicate below.

Respectfully submitted,

LEONEL SANCHEZ-HERNANDEZ
United States Probation Officer

APPROVED: MICHAEL G. MASTRANGIOLI
Supervising United States Probation Officer

*The Court directs that action be taken as follow:*

__KJD__    Requested travel is approved

_____    Requested travel is not approved

_____    Other

Signature of Judicial Officer

APRIL 23, 2008
Date

_____
Date